IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIM ANDERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV637 |
| | ) | |
| v. | ) | |
| | ) | |
| OMAHA POLICE DEPARTMENT, and THOMAS WARREN SR., | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

The matter before the court is the plaintiff's motion for dismissal with prejudice. Filing No. 45. The court is advised that the defendants have no objection to the motion, and the court finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 16th day of September, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge